IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAMES OESTE, et al., | |
| Plaintiffs, | |
| v. | Civil Action No.: GLR-20-1566 |
| ZYNGA, INC., | |
| Defendant. | |

## **ORDER**

In accordance with the foregoing Memorandum Opinion, it is this 5th day of May, 2021, by the United States District Court for the District of Maryland, hereby:

ORDERED that Defendant Zynga, Inc.'s ("Zynga") Motion to Transfer Case, or in the Alternative, to Dismiss for Lack of Personal Jurisdiction and Improper Venue (ECF No. 11) is GRANTED;

IT IS FURTHER ORDERED that Plaintiffs' Motion to Reconsider Order Granting Pro Hac Vice Admission to this Court (ECF No. 12) and Motion to Strike Defendant Zynga's Exhibits and Argument ("Motion to Strike") (ECF No. 13) are DENIED;

IT IS FURTHER ORDERED that Plaintiffs' Motion for Limited Discovery (ECF No. 16) is DENIED AS MOOT;

IT IS FURTHER ORDERED that the Clerk is directed to promptly TRANSFER this case to the United States District Court for the Northern District of California; and

2

IT IS FURTHER ORDERED that the Clerk is directed to CLOSE this case.

                                                                                              /s/_____
George L. Russell, III
United States District Judge